# Court of Appeals of the State of Georgia

ATLANTA,__May 17, 2023_____

*The Court of Appeals hereby passes the following order:*

## A23A1427. PAUL M. POPE et al. v. CREST RIDGE HOA, INC.

On December 28, 2022, the trial court entered a final order granting the appellee's motion for summary judgment. On January 30, 2023, the appellants filed a notice of appeal.

We lack jurisdiction because this appeal is untimely. A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of the notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." *Smith v. McTaggart*, 343 Ga. App. 144, 145 (806 SE2d 229) (2017) (punctuation omitted). Here, the 30th day after December 28, 2022, was Friday, January 27, 2023. But the appellants did not file this appeal until Monday, January 30, 2023, 33 days after entry of the trial court's order. While OCGA § 1-3-1 (d) (3) provides that if the last day to discharge a duty falls on Saturday or Sunday, the party having such duty shall have through the following Monday to discharge it, it has no application here because the 30th day was a Friday. Accordingly, this appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__05/17/2023_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.